ACCEPTED
09-17-00440-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
3/27/2018 8:54 PM
CAROL ANNE HARLEY
CLERK

## CASE NOs. 09-17-00440-CR, 09-17-00441-CR, 09-17-00442-CR, 09-17-00443-CR

| | | |
|---|---|---|
| **CASEY MICHAEL RHYNES** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **9th DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **BEAUMONT, TEXAS** |

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
3/27/2018 8:54:30 PM
CAROL ANNE HARLEY
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

CASEY MICHAEL RHYNES, Appellant in the above styled and numbered case, moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following.

1.      This case is on appeal from the 359th Judicial District Court of Montgomery County, Texas.

2.      The case below was styled The State of Texas vs. Casey Michael Rhynes, and numbered 15-05-05331-CR counts I, II, III, and IV.

3.      Appellant was convicted of the offenses of aggravated assault against a public servant, two counts of aggravated assault with a deadly weapon, and evading arrest or detention with a vehicle.

4. On October 27, 2017, Appellant was assessed a sentence of fifty years confinement in the Texas Department of Criminal Justice Institutional Division.

5. Notice of appeal was given on November 16, 2017.

6. The Clerk's Record was filed on February 26, 2018. The Reporter's Record was filed on January 14, 2018.

7. The appellate brief is presently due on March 28, 2018.

8. Appellant requests an extension of time of 30 days from the present date, i.e. April 27, 2018.

9. No extensions to file the brief have been received in this cause.

10. Appellant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension.

Counsel has been preparing for trial in Cause No. 17-322588, the State of Texas vs. Austin Scott Moore, which was set for trial in the County Court at Law No. 1 of Montgomery County, on April 2, 2018, and was resolved with an agreed plea of guilty on March 20, 2018.

Counsel has been preparing for trial in Cause No. 17-324419, the State of Texas vs. Taylor Ann Sterling, which was set for trial in the County Court at Law No. 1 of Montgomery County, on March 12, 2018, and was resolved in an agreed plea of guilty on the trial date.

Counsel was engaged to apply for a determination of heirship and for letters of administration in the Estate of Barbara Ann Kmiecik, in Cause No. 465569, which was filed in the Probate Court No. 3 of Harris County, on March 23, 2018.

CASEY MICHAEL RHYNES PRAYS that the Court grant this Motion to Extend Time to File Appellant's Brief.

Respectfully submitted,

Matt Brown
Attorney at Law
332 North Main Street
Conroe, Texas 77301
832-754-7538
936-494-1233 facsimile
matt@pmbrownlaw.com

By: _Matt Brown_____

Matt Brown
State Bar No. 24048367
Attorney for Casey Michael Rhynes

## **<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on <u>March 27, 2018</u>, a true and correct copy of the above and foregoing document was served on the Montgomery County District Attorney's Office via the electronic filing manager.

_Matt Brown_

Matt Brown